IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VANESSA VENTRY, Offier, Lancaster County Correctional Center Adult Facility; and BLACK LIVES MATTER MOVEMENT,<br><br>　　　　　Defendants. | 8:21CV68<br><br><br>**ORDER** |

IT IS ORDERED:

1.　Plaintiff's motion to dismiss (Filing 11) is granted pursuant to Federal Rule of Civil Procedure 41, and this case is dismissed without prejudice.

2.　Plaintiff's motion for miscellaneous relief (Filing 9) is denied without prejudice, as moot.

3.　Judgment shall be entered by separate document.

Dated this 17th day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge